**No. 10-7484. Daniel Rutherford, Petitioner v. United States.**

562 U.S. 1117, 131 S. Ct. 843, 178 L. Ed. 2d 573, 2010 U.S. LEXIS 9735.

December 13, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 10-7486. Jose Aristondo-Magana, Petitioner v. United States.**

562 U.S. 1117, 131 S. Ct. 843, 178 L. Ed. 2d 573, 2010 U.S. LEXIS 9818.

December 13, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 389 Fed. Appx. 410.

**No. 10-7489. Robert Reese Lyons, Petitioner v. United States.**

562 U.S. 1117, 131 S. Ct. 843, 178 L. Ed. 2d 573, 2010 U.S. LEXIS 9795.

December 13, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 392 Fed. Appx. 719.

**No. 10-7491. Ofer Lupovitz, Petitioner v. United States.**

562 U.S. 1117, 131 S. Ct. 843, 178 L. Ed. 2d 573, 2010 U.S. LEXIS 9657.

December 13, 2010. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

**No. 10-7497. Robert Channelle, Petitioner v. United States.**

562 U.S. 1117, 131 S. Ct. 844, 178 L. Ed. 2d 573, 2010 U.S. LEXIS 9708.

December 13, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 392 Fed. Appx. 729.

**No. 10-7500. Gerald Thomas Having, Jr., Petitioner v. United States.**

562 U.S. 1117, 131 S. Ct. 844, 178 L. Ed. 2d 573, 2010 U.S. LEXIS 9764.

December 13, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 10-7501. Ramon Guadalupe Soberanes-Fierro, Petitioner v. United States.**

562 U.S. 1118, 131 S. Ct. 844, 178 L. Ed. 2d 573, 2010 U.S. LEXIS 9828.

December 13, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 401 Fed. Appx. 290.

**No. 10-7503. Roberto Sepulveda, Petitioner v. United States.**

562 U.S. 1118, 131 S. Ct. 844, 178 L. Ed. 2d 573, 2010 U.S. LEXIS 9743.

December 13, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 392 Fed. Appx. 529.

**No. 10-7504. Michael David Blazek, Petitioner v. United States.**

562 U.S. 1118, 131 S. Ct. 844, 178 L. Ed. 2d 573, 2010 U.S. LEXIS 9638,

December 13, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.